UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BIANCA ZARATE AND DIONISIO LAINEZ, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: _3:25-cv-3571_ |
| SHARKNINJA OPERATING LLC, | § § | Jury Trial |
| Defendant. | § § § | |

**PLAINTIFFS' ORIGINAL COMPLAINT AGAINST
DEFENDANT SHARKNINJA OPERATING LLC**

Plaintiffs Bianca Zarate ("Mrs. Zarate") and Dionisio Lainez ("Mr. Lainez") (collectively, "Plaintiffs") respectfully file this Complaint against SharkNinja Operating LLC ("Defendant" or "SharkNinja"), and in support show as follows:

## I.   INTRODUCTION

1.     Plaintiffs bring strict liability, negligence, and breach of warranty causes of action in this lawsuit. On April 26, 2024, Mrs. Zarate was at her home in Dallas Texas cooking food using a SharkNinja Ninja Foodi Pressure Cooker, Steamer & Air Fryer with Tender Crisp, Model Number OP301 (the "Pressure Cooker") when suddenly, during normal use as intended, the Pressure Cooker's Pressure Lid burst open in an explosive manner, splattering superheated food and scalding liquid onto Mrs. Zarate (the "Incident"). As a result of the Incident, Mrs.

Zarate suffered severe personal injuries and Plaintiffs suffered and continue to suffer from related damages.

2.     SharkNinja designed, manufactured, marketed, warranted, imported, sold, and distributed the Pressure Cooker, which was dangerously defective.  The Incident occurred as a result of SharkNinja's strict liability and negligent design, manufacturing, and marketing defects as well as its breaches of warranty.

## II.   PARTIES

3.     Plaintiff Bianca Zarate ("Mrs. Zarate") is an individual and citizen of the State of Texas. Mrs. Zarate has standing and capacity to file this action.

4.     Plaintiff Dionisio Lainez ("Mr. Lainez") is an individual and citizen of the State of Texas. Mr. Lainez has standing and capacity to file this action.

5.     Defendant SharkNinja Operating LLC ("Defendant" or "SharkNinja") is a Delaware limited liability company with its principal place of business in Massachusetts. Its sole member is SharkNinja Midco, LLC. The sole member of SharkNinja Midco, LLC is SharkNinja Appliance, LLC. The sole member of SharkNinja Appliance, LLC is SharkNinja Appliance UK Holdco Limited, a private limited company organized under the laws of England and Wales with its principal place of business in Leeds, England. SharkNinja Appliance UK Holdco Limited is wholly owned by SharkNinja Global SPV, Ltd., an exempted company incorporated in the Cayman Islands, which is wholly owned by SharkNinja, Inc., a publicly held

PLAINTIFFS' ORIGINAL COMPLAINT
Page **2** of **43**

exempted company incorporated in the Cayman Islands. No publicly held company owns more than 10% of SharkNinja, Inc.  SharkNinja appears to be a citizen of England, the United Kingdom, and/or the Cayman Islands. Defendant SharkNinja Operating LLC may be served with service of process by serving its registered agent for service of process, C.T. Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.  *Citation is requested*.

6.     Defendant SharkNinja is being sued in its correct respective capacity as related to this cause of action and the claims made herein.

### III.     REQUEST FOR SUBSTITUTION OF TRUE NAMES AND RELATION BACK

7.     To the extent that Defendant SharkNinja is misnamed as "SharkNinja Operating LLC" or that this name is a trade name, assumed name, or common name under which SharkNinja conducts business, Plaintiffs intend to sue this entity in its correct business name and request that SharkNinja provide and confirm such name. Plaintiffs will then seek to amend their pleading, if necessary, to correct any misnomer and/or to state the correct business name of SharkNinja. Plaintiffs expressly invoke FED. R. CIV. P. 15 to permit such amendment and to ensure that any substitution of the true legal name relates back to the original filing of this Complaint.

## IV.   SUBJECT MATTER JURISDICTION

8.     The Court has jurisdiction over this lawsuit under 28 U.S.C. § 1332(a) because Plaintiffs and Defendant are citizens of different states or Plaintiffs are both citizens of Texas and Defendant is a citizen of a foreign state, and the amount in controversy exceeds $75,000 excluding interests and costs.  Plaintiffs are citizens of the State of Texas, where they are domiciled. See Paragraph 6 herein for facts regarding Defendant's citizenship status.

## V.   VENUE

9.     Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because all or a substantial part of the events giving rise to this claim occurred in this district.

## VI.   PERSONAL JURISDICTION

10.   This Court has specific personal jurisdiction over Defendant. Defendant is subject to the personal jurisdiction of this Court under Texas's long-arm statute. *See* TEX. CIV. PRAC. & REM. CODE § 17.042(2) (providing that a nonresident does business in Texas if the nonresident commits a tort in whole or in part in this state). Also, the exercise of jurisdiction over Defendant here is consistent with the Due Process Clause of the Fourteenth Amendment. Defendant has sufficient minimum contacts with Texas. *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945). Defendant conducts substantial business in this State, including, but not limited to, advertising, selling, and delivering its products—specifically

including the Pressure Cooker and other similar products, including those of its same Model OP301—into the stream of commerce with the expectation that they would be purchased by consumers within the State of Texas. Thereby Defendant purposefully availed itself of the privilege of conducting business in Texas.

11.    It was reasonably foreseeable that, by conducting substantial business in Texas, Defendant could be haled into a Texas court for injuries caused by its conduct in connection with the Pressure Cooker, including the conduct alleged herein as it relates to the various causes of action brought herein. *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286, 297 (1980). Plaintiffs' claims arise directly out of and relate to those contacts, as the negligent design, manufacture, and marketing of the Pressure Cooker, Model OP301 caused the Incident giving rise to this lawsuit. Moreover, the exercise of jurisdiction is fair and reasonable under the factors set forth in *World-Wide Volkswagen,* 444 U.S. at 292, and *Asahi Metal Indus. Co. v. Superior Court*, 480 U.S. 102, 113 (1987). The burden on Defendant is outweighed by Texas' strong interest in adjudicating disputes arising from negligent conduct that causes injuries to Texas citizens, Plaintiffs' interest in obtaining convenient and effective relief, the presence of key witnesses such as Plaintiff Mrs. Zarate's treating medical providers in Texas, and the judicial system's interest in efficiently resolving a controversy tied to Texas. Accordingly, the

exercise of personal jurisdiction over Defendant comports with traditional notions of fair play and substantial justice.

## VII.   CONDITIONS PRECEDENT

12.   All conditions precedent to Plaintiffs' claims for relief, if any, have been performed or have occurred.  (*See* <u>Exhibit A</u>, Pre-suit Notice of Breach of Warranty Claims).

## VIII.   FACTS

13.   On or about April 26, 2024, Plaintiffs Bianca Zarate and her husband Dionisio Lainez were in the kitchen of their home in Dallas, Texas, preparing a meal together. Mrs. Zarate was using a SharkNinja Ninja Foodi Pressure Cooker, Steamer & Air Fryer with Tender Crisp, Model Number OP301 (the "Pressure Cooker") to cook beans.  Depictions of this type of cooker from the product's Owner's Guide follow:

 

The Pressure Cooker has an outer "Crisping Lid," as seen atop the unit in the depiction to the left, and comes with a removable "Pressure Lid" with a handle as illustrated in the depiction to the right, to be used while pressure cooking. (*See* Exhibit B, Owner's Guide).

14.   Mrs. Zarate was using the pressure-cooking function of the Pressure Cooker to cook food as intended and instructed and in a manner that was reasonable and foreseeable by SharkNinja.  After her food had finished cooking, Mrs. Zarate allowed time for steam to naturally release from the unit, per the product's instructions.  Then, when Mrs. Zarate attempted to open the Pressure Lid, suddenly and without warning, the Pressure Lid burst open in an explosive manner, and the Pressure Cooker's contents were forcefully ejected from the cooking pot, splattering superheated food and scalding liquid onto Mrs. Zarate (the "Incident"). As a result of the Incident, Mrs. Zarate sustained severe burns, including to Mrs. Zarate's arms and chest, which left her permanently disfigured. Mrs. Zarate's resulting damages include medical expenses, loss of earning capacity, physical pain, physical impairment, mental anguish and disfigurement.

15.   Mr. Lainez, Mrs. Zarate's husband, was present at or near the scene of the Incident when it occurred and saw and heard the Incident and its immediate aftermath. As a bystander, he suffered shock and mental anguish from perceiving

the Incident as it happened and from seeing Mrs. Zarate's severe burns. As a result of the Incident, Mr. Lainez also suffered loss of consortium and loss of services.

16. The Pressure Cooker was designed, manufactured, marketed, warranted, imported, distributed, sold and introduced into the stream of commerce by SharkNinja, who was engaged in the business of designing, manufacturing, licensing, testing, advertising, marketing, warranting, selling, and distributing various types of household items, including the type of and actual pressure cooker which injured Mrs. Zarate.

17. SharkNinja warranted and represented several safety features regarding the Pressure Cooker, which purport to keep the user safe while cooking. By way of example and without limitation, the product's Owner's Guide, which comes with each unit sold, states as follows:

> **NOTE:** The pressure lid will not unlock until the unit is completely depressurized.

It also stated, "As the unit pressurizes, the lid will lock as a safety measure, and it will not unlock until pressure is released." (*See* Exhibit B, p. 15). The Owner's Guide further states, "As a safety feature, the pressure lid will not unlock until the unit is completely depressurized…. When the steam is completely released, the unit will be ready to open." (*See* Exhibit B, p. 22).

PLAINTIFFS' ORIGINAL COMPLAINT
Page **8** of **43**

18.   Mrs. Zarate purchased the Pressure Cooker on or about January 7, 2020. Based on SharkNinja's representations and assurances, Mrs. Zarate, while in Texas, purchased the Pressure Cooker with the reasonable expectation that the Pressure Cooker was properly designed and manufactured, that Defendant's marketing statements about it were true and reliable, that it was free from defects of any kind and safe for its intended, foreseeable use of cooking.

19.   However, as supported by these facts and others and as explained in more detail below, the Pressure Cooker was defectively designed, manufactured, and marketed by SharkNinja.  And, as supported by these facts and others and as explained in more detail below, SharkNinja made and breached express and implied warranties regarding the Pressure Cooker.  The Pressure Cooker's defects and SharkNinja's wrongful conduct caused the Incident and Plaintiffs' damages.

## IX.   CAUSES OF ACTION

### A.   Strict liability

20.   At all relevant times, SharkNinja was engaged in the business of designing, manufacturing, marketing, distributing, assembling, selling, and/or otherwise intentionally placing pressure cookers, including the Pressure Cooker, into the stream of commerce, including into Texas.

21.   SharkNinja did in fact design, manufacture, and market the Pressure Cooker and placed the Pressure Cooker into the stream of commerce. SharkNinja is the manufacturer of the Pressure Cooker within the meaning of TEX. CIV. PRAC. & REM. CODE § 82.001(4) and is liable as stated herein for the injuries and damages suffered by Plaintiffs as a result of defects in the Pressure Cooker.

22.   Plaintiffs bring multiple strict liability claims against Defendant: design defect, manufacturing defect, and marketing defect (failure to warn).

**(1)   Design Defect**

23.   Plaintiffs incorporate by reference all factual allegations and paragraphs of this Complaint herein.

24.   Defendant designed the Pressure Cooker.

25.   There was one or more design defect(s) in the Pressure Cooker at the time it left the possession of SharkNinja that was/were a producing cause of the injuries sustained by Mrs. Zarate and damages sustained by Mr. Lainez.

26.   The design defect(s) rendered the Pressure Cooker unreasonably dangerous as designed, taking into consideration the utility of the product and the risk involved in its use.

27.   By way of example and without limitation, at the time the Pressure Cooker left the possession of SharkNinja, the Pressure Cooker's Pressure Lid, related components, and locking mechanism, were defectively designed.   For

example, the Pressure Lid's design includes a faulty locking mechanism, such that the lid can be opened even when the Pressure Cooker is dangerously pressurized.

28.    After cooking her food, Mrs. Zarate allowed time per the Owner's Guide's instructions for the Pressure Cooker to naturally depressurize. However, when she attempted to open the Pressure Lid as intended, it violently burst open in an explosive manner, demonstrating that the Pressure Cooker remained dangerously pressurized. The Pressure Cooker was unreasonably dangerous as designed, taking into consideration the utility of the product and the risk involved in its use because the Pressure Lid's locking mechanism as designed failed to prevent the lid from being opened while the Pressure Cooker was still dangerously pressurized. This defective locking mechanism caused the Pressure Cooker to explosively release superheated food and scalding liquid, splattering onto Mrs. Zarate and resulting in severe burn injuries and damages to Plaintiffs.

29.    There was a safer alternative design other than the one actually used that in reasonable probability (1) would have prevented or significantly reduced the risk of the injuries in question without substantially impairing the product's utility and (2) was economically and technologically feasible at the time the product left the control of SharkNinja by the application of existing or reasonably achievable scientific knowledge.

30. SharkNinja is presently marketing one or more safer alternative design(s) for the Pressure Cooker. As indicated in SharkNinja's recall that includes the OP300 series, the Pressure Cooker's pressure lid can and should be replaced with a new lid that has a different locking mechanism. (*See* Exhibit C). This shows that there is at least one safer alternative design that could have prevented or significantly reduced the risk of the injuries caused by the Pressure Cooker without substantially impairing the product's utility and the alternative design was economically and technologically feasible at the time the product left the control of SharkNinja by the application of existing or reasonably achievable scientific knowledge.

31. *Causation*. Defendant's defective design of the Pressure Cooker was a producing cause of Mrs. Zarate's personal injuries and Mr. Lainez's damages; it was a substantial factor in bringing about the injuries and damages, and without which the injuries and damages would not have occurred.

32. This design defect was a producing cause of the Incident because it was a substantial factor in bringing about Mrs. Zarate's injuries and Mr. Lainez's damages and without which the injuries and damages would not have occurred. When Mrs. Zarate attempted to open the Pressure Lid, the locking mechanism failed to keep the lid locked, and the Pressure Lid burst open in an explosive manner, releasing and splattering superheated food and scalding liquid, which fell on Mrs.

Zarate and caused her severe burns and Plaintiffs' damages, which are described in more detail below in Paragraphs 110-119 and are incorporated herein by reference.

### (2)   Manufacturing Defect

33.   Plaintiffs incorporate by reference all factual allegations and paragraphs of this Complaint herein.

34.   Defendant manufactured the Pressure Cooker.

35.   There was one or more manufacturing defect(s) in the Pressure Cooker at the time it left the possession of SharkNinja that was/were a producing cause of the injuries sustained by Mrs. Zarate and damages sustained by Plaintiffs. The Pressure Cooker deviated in its construction or quality from its specifications or planned output in a manner that rendered it unreasonably dangerous. The Pressure Cooker was dangerous to the extent beyond what would be contemplated by the ordinary user of the product, with the ordinary knowledge common to the community as the product's characteristics.

36.   *Causation*. Defendant's defective manufacture of the Pressure Cooker was a producing cause of Mrs. Zarate's injuries and Plaintiffs' damages; it was a substantial factor in bringing about the injuries and damages, and without which the injuries and damages would not have occurred.

37.   By way of example and without limitation, when the Pressure Cooker left the possession of SharkNinja, the Pressure Cooker had a manufacturing defect

with regard to its Pressure Lid and locking mechanism.  Because of these defects, the Pressure Cooker deviated in its construction or quality from its specifications or planned output in a manner that rendered it unreasonably dangerous. Specifically, the Pressure Cooker's specifications or planned output, as mentioned in the Owner's Guide for the OP300 Series, was that "the pressure lid will not unlock until the unit is completely depressurized." (*See* Exhibit B, p. 15). However, after allowing sufficient time for natural depressurization per the Owner's Guide, when Mrs. Zarate attempted to open the Pressure Lid, the lid violently burst open in an explosive manner, establishing that the Pressure Cooker was still dangerously pressurized.  For this reason, the Pressure Cooker's defect made it dangerous beyond that which an ordinary user such as Mrs. Zarate would contemplate, having the ordinary knowledge common to the community with regard to the Pressure Cooker's characteristics (including that a user would not be able to open the lid—that it would remain locked—if the Pressure Cooker was still dangerously pressurized).

38.    This manufacturing defect was a producing cause of the Incident because it was a substantial factor in bringing about Mrs. Zarate's injuries and Plaintiffs' damages, and without which the injuries and damages would not have occurred. The Pressure Cooker Pressure Lid's locking mechanism was faulty and allowed Mrs. Zarate to open the lid when the Pressure Cooker was still dangerously

pressurized.  As a result, the Pressure Lid burst open in an explosive manner, splattering superheated food and scalding liquid, which fell on Mrs. Zarate and caused her severe burns and Plaintiffs' damages, which are more specifically described below in Paragraphs 110-119 and are incorporated herein by reference.

### (3)    Marketing Defect/ Defect in Warnings or Instructions

39.    Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

40.    Defendant marketed the Pressure Cooker.

41.    There were one or more defects in the warnings and instructions regarding the dangers of the Pressure Cooker at the time the Pressure Cooker left the possession of SharkNinja. These defects in the warnings and instructions rendered the Pressure Cooker defective and unreasonably dangerous and were a producing cause of the injuries sustained by Mrs. Zarate and damages sustained by Plaintiffs.

42.    SharkNinja failed to give adequate warnings of the Pressure Cooker's dangers that were known or by the application of reasonably developed human skill and foresight should have been known and which failure rendered the Pressure Cooker unreasonably dangerous as marketed.

43.    SharkNinja failed to give adequate instructions to avoid the Pressure Cooker's dangers that were known or by the application of reasonably developed

human skill and foresight should have been known and which failure rendered the Pressure Cooker unreasonably dangerous as marketed.

44.     The warnings and instructions were inadequate because they were not given in a form that could reasonably be expected to catch the attention of a reasonably prudent person in the circumstances of the product's use; and the content of the warnings and instructions was not comprehensible to the average user and did not convey a fair indication of the nature and extent of the danger and how to avoid it to the mind of a reasonably prudent person.

45.     The inadequate warnings and instructions made the Pressure Cooker unreasonably dangerous to the extent beyond what would be contemplated by the ordinary user of the product, with the ordinary knowledge common to the community as to the product's characteristics.

46.     ***Causation***. Defendant's defective and inadequate warnings and instructions regarding the Pressure Cooker were a producing cause of Mrs. Zarate's injuries and Plaintiffs' damages. They were a substantial factor in bringing about Mrs. Zarate's injuries and Plaintiffs' damages, without which the injuries and damages would not have occurred.

47.     By way of example and without limitation, at the time the Pressure Cooker left SharkNinja's possession, the Owner's Guide for the Pressure Cooker included the following warning and/or instruction:

PLAINTIFFS' ORIGINAL COMPLAINT
Page **16** of **43**

> **NOTE:** The pressure lid will not unlock until the unit is completely depressurized.

(*See* Exhibit B, p. 15). The Owner's Guide also stated, "As the unit pressurizes, the lid will lock as a safety measure, and it will not unlock until pressure is released." (*See* Exhibit B, p. 15) and "As a safety feature, the pressure lid will not unlock until the unit is completely depressurized…. When the steam is completely released, the unit will be ready to open." (*See* Exhibit B, p. 22). These warnings/instructions were defective and made the Pressure Cooker unreasonably dangerous. They failed to adequately warn and call the user's, including Mrs. Zarate's, attention, to the danger that the Pressure Lid could be opened by the user even while the Pressure Cooker remained dangerously pressurized—a danger that was known or, by the application of reasonably developed human skill and foresight, should have been known to Defendant. By conveying that the "lid will not unlock until the unit is completely depressurized," the warnings/instructions did not convey a fair indication of the nature and extent of the danger and how to avoid it to the mind of a reasonably prudent person. These warnings/instructions mislead any reasonably prudent and average user, including Mrs. Zarate, and misled Mrs. Zarate, to comprehend that the Pressure Lid would remain locked if the unit was still pressurized and that therefore

the user, including Mrs. Zarate, may safely attempt to open the Pressure Lid without the risk of an explosion like the Incident.

48.    These defective warnings/instructions were a producing cause of the Incident and Mrs. Zarate's injuries and Plaintiffs' damages. Mrs. Zarate relied on these warnings/instructions, reasonably expecting that the Pressure Lid would remain locked while the Pressure Cooker was pressurized. Despite this expectation, the Pressure Lid's locking mechanism failed and effectively unlocked while the Pressure Cooker remained dangerously pressurized, causing it to violently explode, splattering superheated food and scalding liquid onto Mrs. Zarate, causing Mrs. Zarate's severe burns and Plaintiffs' damages, which are more specifically described below in Paragraphs 110-119, and are incorporated herein by reference.

**B.    Negligence and Gross Negligence**

**(1)    Negligent Product Liability - Design Defect**

49.    Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

50.    *Duty*. SharkNinja had a duty to exercise and use ordinary care in the design of the Pressure Cooker.  That is, Defendant owed a duty to do that which a company of ordinary prudence would have done under the same or similar circumstances and a duty not to do that which a company of ordinary prudence would not have done under such circumstances, including a duty to design the

Pressure Cooker in a way that was reasonably safe for foreseeable use and that the Pressure Cooker would not cause unreasonable or unnecessary injury.

51. **Breach**. SharkNinja breached its duty of care through its negligent acts and omissions. In designing the Pressure Cooker, SharkNinja failed to use ordinary care; that is, it failed to do that which a company of ordinary prudence would have done under the same or similar circumstances and/or did that which a company of ordinary prudence would not have done under such circumstances. SharkNinja was negligent in designing the Pressure Cooker.

52. There was one or more design defects in the Pressure Cooker at the time it left the possession of SharkNinja that was a proximate cause of the injuries sustained by Mrs. Zarate and damages sustained by Plaintiffs. The design defect rendered the Pressure Cooker unreasonably dangerous as designed, including to users such as Mrs. Zarate, taking into consideration the utility of the product and the risk involved in its use.

53. There was a safer alternative design other than the one actually used that in reasonable probability (1) would have prevented or significantly reduced the risk of the injuries in question without substantially impairing the product's utility and (2) was economically and technologically feasible at the time the product left the control of SharkNinja by the application of existing or reasonably achievable

scientific knowledge.  SharkNinja is presently marketing safer alternative design(s) for the Pressure Cooker.

54.   Defendant engaged in certain acts and omissions constituting negligence, including but not limited to, the following:

a. Failure to properly test the Pressure Cooker and/or its components, as designed, including the Pressure Lid and the Pressure Cooker's venting mechanism that allowed for and kept pressure in the Pressure Cooker, leading to catastrophic failure;

b. Failure to design the Pressure Cooker to withstand anticipated use, including failing to design the Pressure Lid locking mechanism so that the Pressure Lid could not be opened or turned by the user applying anticipated and foreseeable force when the unit was still dangerously pressurized;

c. Failure to incorporate an adequate safety locking mechanism to prevent the opening of the Pressure Lid when the Pressure Cooker was still dangerously pressurized;

d. Failing to design the Pressure Cooker with sufficient safeguards to avoid severe burns to users of the Pressure Cooker;

e. Failing to identify dangers associated with the design of the Pressure Cooker, including with regard to the dangers of users opening the Pressure Lid when the Pressure Cooker was still dangerously pressurized;

f. Failure to properly design the Pressure Cooker and/or its components, the Pressure Cooker's heating mechanism that allowed water, food, and steam within the pressure cooker to heat to a degree that is dangerous for human contact; and

g. Failing to investigate complaints and/or issues raised with malfunctions and/or possible injuries correlating to use of the

Pressure Cooker.

55.   Plaintiffs incorporate all factual allegations, including, but not limited to, those from their strict liability design defect claim (*see* Paragraphs 23-32) herein.

56.   *Causation*. SharkNinja's defective design of the Pressure Cooker was a proximate cause of Mrs. Zarate's injuries and Plaintiffs' damages because it was a substantial factor in bringing about those injuries, and without which such injuries and damages would not have occurred (cause in fact). The design defect was such that a company using ordinary care would have foreseen that the injury or some similar injuries might reasonably result therefrom (foreseeability).

57.   *Damages*. As a proximate result of SharkNinja's negligent design of the Pressure Cooker, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described in more detail below in Paragraphs 110-119, which are fully incorporated herein by reference.

### (2)   Negligent Product Liability - Manufacturing Defect

58.   Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

59.   *Duty*. SharkNinja had a duty to use ordinary care in the manufacture of the Pressure Cooker.  That is, Defendant owed a duty to do that which a company of an ordinary prudence would have done under the same or similar circumstances and a duty not to that which a company of ordinary prudence would not have done

under such circumstances, including a duty to manufacture the Pressure Cooker so that it was reasonably safe for foreseeable use and that the Pressure Cooker would not cause unreasonable or unnecessary injury.

60.    ***Breach***. SharkNinja breached its duty of care through its negligent acts and omissions. In manufacturing the Pressure Cooker, SharkNinja failed to use ordinary care; that is, they failed to do that which a company of ordinary prudence would have done under the same or similar circumstances and/or did that which a company of ordinary prudence would not have done under such circumstances. SharkNinja was negligent in manufacturing the Pressure Cooker.

61.    There was one or more manufacturing defects in the Pressure Cooker at the time it left the possession of SharkNinja that was/were the proximate causes of the injuries sustained by Mrs. Zarate and damages sustained by Plaintiffs. The Pressure Cooker deviated in its construction or quality from its specifications or planned output in a manner that rendered it unreasonably dangerous. The Pressure Cooker was unreasonably dangerous to the extent beyond what would be contemplated by the ordinary user of the product—including users such as Mrs. Zarate—with the ordinary knowledge common to the community as the product's characteristics.

62.    Defendant engaged in certain acts and omissions constituting negligence, including but not limited to, the following:

a. Failure to properly manufacture, construct, fabricate, produce, and/or assemble the Pressure Cooker and/or its components, including the Pressure Lid and associated locking mechanism;

b. Failing to manufacture the Pressure Cooker with sufficient safeguards to avoid severe burns to users of the Pressure Cooker;

c. Failing to adopt and/or implement proper quality control procedures;

d. Failing to identify dangers in the manufacture of the Pressure Cooker, including the dangers of the Pressure Lid, its related components, and the locking mechanism not working in accordance with their specifications or planned output;

e. Failing to hire employees capable of proper manufacture, assembly, inspection, testing, and/or quality control procedures;

f. Failing to monitor employees in the proper manufacture, assembly, inspection, testing, and/or quality control procedures;

g. Failing to exercise ordinary care in discharging its duties as a manufacturer and/or seller of dangerous products;

h. Failing to investigate complaints and/or issues raised with malfunctions and/or possible injuries correlating to use of the Pressure Cooker;

i. Failing to properly test the Pressure Cooker and/or its components, including the Pressure Cooker's venting mechanism that allowed for and kept pressure in the Pressure Cooker, leading to catastrophic failure;

j. Using faulty components when manufacturing the Pressure Cooker; and

k. Deviating from the expected and/or promised quality, specifications, and/or performance, including of other mass

PLAINTIFFS' ORIGINAL COMPLAINT
Page **23** of **43**

labeled siblings.

63.    Plaintiffs incorporate all *factual* allegations, including but not limited to those from their strict liability manufacturing defect claim (*see* Paragraphs 33-38) herein.

64.    ***Causation***. SharkNinja's defective manufacture of the Pressure Cooker was a proximate cause of Mrs. Zarate's injuries and Plaintiffs' damages because it was a substantial factor in bringing about those injuries, and without which such injuries and damages would not have occurred (cause in fact). The manufacture defect was such that a company using ordinary care would have foreseen that the injury or some similar injuries might reasonably result therefrom (foreseeability).

65.    ***Damages***. As a proximate result of SharkNinja's negligent manufacture of the Pressure Cooker, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described in more detail below in Paragraphs 110-119, which are fully incorporated herein by reference.

**(3)    Negligent Product Liability - Marketing Defect (Failure to Warn / Inadequate Instructions)**

66.    Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

67.    ***Duty***. SharkNinja had a duty to use ordinary care in the marketing of the Pressure Cooker and in providing warnings and instructions.  That is, Defendant

owed a duty to do that which a company of an ordinary prudence would have done under the same or similar circumstances and a duty not to do that which a company of ordinary prudence would not have done under such circumstances. SharkNinja had a duty to provide reasonable and adequate warnings and instructions about the dangerous nature of the Pressure Cooker that SharkNinja knew or should have known by virtue of its business and that a company of an ordinary prudence would use under the same or similar circumstances.

68.    ***Breach***. SharkNinja breached its duty of care through its negligent acts and omissions. In marketing the Pressure Cooker, SharkNinja failed to use ordinary care; that is, it failed to do that which a company of ordinary prudence would have done under the same or similar circumstances and/or did that which a company of ordinary prudence would not have done under such circumstances. SharkNinja was negligent in marketing the Pressure Cooker.

69.    There was one or more defect(s) in the warnings and instructions regarding the dangers of the Pressure Cooker at the time the Pressure Cooker left the possession of SharkNinja, which rendered the Pressure Cooker defective and unreasonably dangerous that was a proximate cause of the injuries sustained by Mrs. Zarate and damages sustained by Plaintiffs.

70.    SharkNinja failed to give adequate warnings of the Pressure Cooker's dangers that were known or by the application of reasonably developed human skill

and foresight should have been known and which failure rendered the Pressure Cooker unreasonably dangerous as marketed.

71.    SharkNinja failed to give adequate instructions to avoid the Pressure Cooker's dangers that were known or by the application of reasonably developed human skill and foresight should have been known and which failure rendered the Pressure Cooker unreasonably dangerous as marketed.

72.    The warnings and instructions were inadequate because they were not given in a form that could reasonably be expected to catch the attention of a reasonably prudent person in the circumstances of the product's use; and the content of the warnings and instructions was not comprehensible to the average user and did not convey a fair indication of the nature and extent of the danger and how to avoid it to the mind of a reasonably prudent person.

73.    The inadequate warnings and instructions made the Pressure Cooker unreasonably dangerous to the extent beyond what would be contemplated by the ordinary user of the product, with the ordinary knowledge common to the community as the product's characteristics.    These inadequate warnings and instructions include, but are not limited to, those described above herein, at Paragraphs 47-48, which are incorporated herein by reference.

74.    Defendant engaged in certain acts and omissions constituting negligence in marketing of the Pressure Cooker, including but not limited to:

a. Failing to include adequate warnings and instructions in marketing, distributing, and selling the Pressure Cooker in order to avoid dangers associated with foreseeable use of the Pressure Cooker such as severe burns to users, including, but not limited to, failing to adequately warn and instruct about:

   (1) dangers associated with temperature of the food, water, and steam within the Pressure Cooker;

   (2) dangers associated with the Pressure Lid and venting system of the Pressure Cooker; and

   (3) dangers associated with turning, opening, and removing the Pressure Lid when the Pressure Cooker was still dangerously pressurized.

b. Failing to identify dangers of the Pressure Cooker as designed and manufactured and failing to develop, implement, and make adequate warnings and instructions for the reasonably safe use of the Pressure Cooker;

c. Selling the Pressure Cooker, a product that was defective, unreasonably dangerous, and unfit for use by purchasers, consumers, operators, and users, without adequate warnings and instructions;

d. Failing to exercise ordinary care in the discharge of its duties as a marketer and seller of the Pressure Cooker.

75. Plaintiffs incorporate by reference herein all factual allegations, including, but not limited to, those from their strict liability marketing defect claim (*see* Paragraphs 39-48).

76. ***Causation***. SharkNinja's defective marketing and inadequate warnings and instructions of the Pressure Cooker were a proximate cause of Mrs. Zarate's

injuries and Plaintiffs' damages because they were a substantial factor in bringing about those injuries, and without which such injuries and damages would not have occurred (cause in fact). The defective marketing and inadequate warnings and instructions was such that a company using ordinary care would have foreseen that the injury or some similar injuries might reasonably result therefrom (foreseeability).

77. ***Damages***. As a proximate result of SharkNinja's negligent marketing of the Pressure Cooker, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described in more detail below in Paragraphs 110-119, which are fully incorporated herein by reference.

### C.     Gross Negligence and Exemplary Damages.

78. Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

79. Plaintiffs allege that each and every act or omission of SharkNinja and its agents, as set forth above, when viewed objectively from the standpoint of SharkNinja's policymakers and decisionmakers, involved an extreme degree of risk, considering the probability and magnitude of the physical harm to others and that SharkNinja had actual subjective awareness of the risks involved, but nevertheless proceeded with conscious indifference to the rights, safety or welfare of Plaintiffs and others like them and as such, such conduct amounts to gross

negligence or malice, as those terms are defined by law, to give rise to an award of exemplary or punitive damages.

80.    More specifically, Defendant's failure to use a safer alternative design, properly manufacture, and properly market the Pressure Cooker was reckless, willful, wanton, heedless, and in flagrant disregard of public safety. Therefore, because of such conduct, Plaintiffs are entitled to, and asserts a claim for, punitive and exemplary damages against SharkNinja in an amount to be determined by the trier of fact, sufficient to punish and deter SharkNinja—and deter other corporations like it—from engaging in such conduct in the future.

## D.    Breach of Warranty

### (1)    Breach of Express Warranty

81.    Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

82.    Plaintiffs bring a cause of action for breach of express warranty for goods, including pursuant to TEX. BUS. & COM. CODE ANN. § 2.313.

83.    At all relevant times, Defendant was in the business of designing, manufacturing, marketing, selling, contracting to sell, assembling, and dealing and transacting in goods of the kind that include the Pressure Cooker. Defendant sold the Pressure Cooker to Mrs. Zarate.

84.    Defendant made representations to the Plaintiffs about the quality or characteristics of the Pressure Cooker by making one or more affirmations of fact, promises, and/or descriptions that related to the Pressure Cooker. Defendant expressly warranted that the Pressure Cooker was safe for ordinary use when used in compliance with the instructions provided.

85.    By way of example and without limitation, Defendant represented as follows in the Owner's Guide:

> **NOTE:** The pressure lid will not unlock until the unit is completely depressurized.

(*See* Exhibit B, p. 15). It also stated, "As the unit pressurizes, the lid will lock as a safety measure, and it will not unlock until pressure is released." (*See* Exhibit B, p. 15). The Owner's Guide further states, "As a safety feature, the pressure lid will not unlock until the unit is completely depressurized…. When the steam is completely released, the unit will be ready to open." (*See* Exhibit B, p. 22).

86.    Such representations about the characteristics of the Pressure Cooker's Pressure Lid became a part of the basis of the bargain. Defendant's affirmations regarding the safety of the Pressure Cooker formed a basis of the bargain for Plaintiffs, without which Plaintiffs would not have purchased and/or used the Pressure Cooker.

87.    The Pressure Cooker did not comply with Defendant's representations and did not conform to Defendant's affirmations regarding safety. Defendant thereby breached its express warranty with regard to the Pressure Cooker.  For example, when Mrs. Zarate tried to open the Pressure Cooker's Pressure Lid, instead of remaining locked to prevent Mrs. Zarate from opening the Pressure Lid, the lid safety locking mechanism failed and the lid exploded, splattering scalding hot food and liquid onto Mrs. Zarate.

88.    Plaintiffs provided notice to Defendant of the breach. (*See* Exhibit A).

89.    ***Causation and Damages***. As a direct and proximate result of Defendant's breach of express warranties, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described in more detail below in Paragraphs 110-119, which are fully incorporated herein by reference.

**(2)    Breach of Implied Warranty of Merchantability**

90.    Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

91.    Plaintiffs bring a cause of action for breach of implied warranty of merchantability, including pursuant to TEX. BUS. & COM. CODE ANN. § 2.314.

92.    Defendant, at all relevant times, designed, tested, manufactured, assembled, inspected, marketed, distributed, sold, and/or warranted the Pressure Cooker. Defendant impliedly warranted that the Pressure Cooker was merchantable

because Defendant was merchant with respect to such product and did sell the Pressure Cooker to Mrs. Zarate.

93.    Defendant breached its implied warranty of merchantability because the Pressure Cooker was unmerchantable when it left Defendant's possession, for one or more of the following reasons:

a.    The Pressure Cooker could not pass without objection in the trade; it was not of a quality comparable to other goods that were sold in that line of trade under the contract and/or other written materials' description;

b.    The Pressure Cooker, being a fungible good, was not of fair average quality within the description and was not fit for ordinary purposes for which it is used.

c.    The Pressure Cooker was not fit for ordinary purposes. As a result of its defects, the Pressure Cooker could not accomplish the purposes for which it was manufactured and was not constructed in a manner that allowed it to accomplish its purpose safely; and/or

d.    The Pressure Cooker did not conform to the promises and/or affirmations of fact on its container or labels, including the Owner's Guide and/or other instructional materials, including with regard to the Pressure Cooker's safety features and overall safe condition.

94. By way of example, and without limitation, the Pressure Cooker's Pressure Lid and its related components, including the locking mechanism were faulty, such that Mrs. Zarate was able to open the Pressure Lid when the Pressure Cooker remained dangerously pressurized.  For this reason, the Pressure Cooker would not pass without objection in the trade, was not fit for its ordinary purposes, and was not of fair average quality.

95. Plaintiffs notified Defendant of the breach. (*See* Exhibit A).

96. ***Causation and Damages***. As a direct and proximate result of Defendant's breach of the implied warranty of merchantability, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described in more detail below in Paragraphs 110-119, which are fully incorporated herein by reference.

**(3)    Breach of Implied Warranty of Fitness for a Particular Purpose**

97. Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

98. Plaintiffs bring a cause of action for breach of implied warranty of fitness for a particular purpose, including pursuant to TEX. BUS. & COM. CODE ANN. § 2.315.

99.    At all relevant times, Defendant designed, manufactured, assembled, tested, inspected, marketed, distributed, sold, and warranted the Pressure Cooker. Defendant sold the Pressure Cooker to Mrs. Zarate.

100. At all relevant times, including when Defendant sold the Pressure Cooker or otherwise placed it into the stream of commerce, Defendant had knowledge and/or reason to know, that Plaintiffs were buying the Pressure Cooker for a particular purpose and that they would rely and/or was relying on Defendant's skill or judgment to select or furnish suitable goods fit for that purpose.

101. In selling the Pressure Cooker to Mrs. Zarate, Defendant made representations and promotions concerning the particular purpose to which Mrs. Zarate would put the Pressure Cooker to use and knew or should have known of the particular purpose to which Mrs. Zarate would put the product to use.  Defendant impliedly warranted that the Pressure Cooker would be fit for such particular purpose.

102.  Plaintiffs relied on Defendant's skill or judgment to select the Pressure Cooker.

103. Defendant delivered the Pressure Cooker when it was unfit for Plaintiffs' particular purpose; it did not work properly for its intended purpose.  By way of example and without limitation, the Pressure Cooker's Pressure Lid, its component parts, and locking mechanism were faulty, and such defects resulted in

the lid violently exploding when the Pressure Cooker was still pressurized, thus making the Pressure Cooker unfit for Plaintiffs' particular purpose, which involved cooking beans.  Defendant thereby breached its implied warranty of fitness for a particular purpose.

104.  Plaintiffs notified Defendant of the breach.  (*See* Exhibit A).

105.  ***Causation and Damages***.  As a direct and proximate result of SharkNinja's breach of the implied warranty of fitness for a particular purpose, Mrs. Zarate suffered severe personal injuries and Plaintiffs' suffered damages that are described below in Paragraphs 110-119, which are fully incorporated herein by reference.

### E.     Respondeat Superior

106.  Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

107.  At all relevant times, all agents, servants, and/or employees of Defendant were acting within the course and scope of their employment and/or official duties for Defendant. Furthermore, at all relevant times, all agents, servants, and/or employees of Defendant were acting in furtherance of the duties of their office and/or employment.

108. Therefore, Defendant is vicariously responsible for all damages resulting from the negligent acts and/or omissions of their agents, servants, and/or employees under the doctrine of *respondeat superior*.

## X.    AGENCY

109.  Whenever in this Complaint it is alleged that Defendant did any act or omission, it is meant that such Defendant's officers, agents, employees, or representatives did such act or omission and that at the time such act or omission was done with the full authorization or ratification of Defendant, or was done in the normal and routine course and scope of employment of that Defendant's officer(s), agent(s), servant(s), employee(s), or representative(s). At all relevant times, Defendant's agents and/or employees involved in the design, manufacture, and marketing of the Pressure Cooker were acting as agents for Defendant, and Defendant was their principal(s).

## XI.    CAUSATION AND DAMAGES

110. Plaintiffs hereby incorporate by reference all factual allegations and paragraphs in this Complaint herein.

111. ***Strict Liability***. Defendant's strict liability was a producing cause of Plaintiffs' injuries and damages.  Defendant's defective design, manufacture, and marketing of the Pressure Cooker were producing causes of Plaintiffs' injuries and

damages, in that such defects were substantial factors in bringing about the injuries and damages, and without which the injuries and damages would not have occurred.

112. *Negligence and Breaches of Warranty*. SharkNinja's negligent acts or omissions regarding the Pressure Cooker's defective design, manufacture, and marketing were a proximate cause of Plaintiffs' injuries and damages. Defendant's breaches of express warranty, implied warranty of merchantability, and implied warranty of fitness for a particular purpose were direct and proximate causes of Plaintiffs' injuries and damages.

113. *Cause in Fact*. Defendant's negligent acts and omissions in its negligent design, manufacturing, and marketing of the Pressure Cooker, and its breaches of express warranty, the implied warranty of merchantability, and the implied warranty of fitness for a particular purpose were causes in fact of the Incident and Plaintiffs' injuries and damages as a result of the Incident. Such conduct was a substantial factor in bringing about the Incident and Plaintiffs' injuries and damages, without which the Incident and Plaintiff Mrs. Zarate's injuries and Plaintiffs' damages would not have occurred. There were and are no other reasonable, secondary causes of Plaintiffs' injuries and damages other than the use of the Pressure Cooker.

114. *Foreseeability*. Plaintiffs' injuries and damages were a foreseeable consequence of Defendant's negligent acts and omissions and their breaches of

express warranty, implied warranty of merchantability, and implied warranty of fitness for a particular purpose. A company using ordinary care should have anticipated the dangers created by Defendant's negligent acts and/or omissions and breaches of warranty.

115.  For example, a company using ordinary care should have anticipated that a user such as Mrs. Zarate, in using the Pressure Cooker—which failed to perform as warranted and was unreasonably dangerous due to its defective design, manufacture, and marketing—would suffer the injuries she sustained in the Incident or some similar injuries. For example, a company using ordinary care would have reasonably anticipated that a faulty Pressure Cooker Pressure Lid and component parts, including the faulty locking mechanism, would result in an explosive incident similar to the Incident, in turn resulting in severe burns such as those suffered by Mrs. Zarate and damages suffered by Plaintiffs.

116.  At all relevant times, the Pressure Cooker was used, including by Mrs. Zarate, in the manner intended, instructed, recommended, and/or reasonably foreseeable by Defendant. There were and are no other reasonable, secondary causes of Mrs. Zarate's injuries and Plaintiffs' damages other than the use of the Pressure Cooker in the manner intended.

117.  **_Damages_**. As a producing result of Defendant's strict liability, and as a proximate result of Defendant's acts and omissions constituting negligence, breach

of express warranty, breach of implied warranty of merchantability, and breach of implied warranty of fitness for a particular purpose, Mrs. Zarate suffered severe personal injuries and Plaintiffs suffered damages, which include the following:

118. Mrs. Zarate suffered severe personal injuries, including extremely painful and disfiguring burns and related damages, which are permanent and continuing and include past and future damages. Mrs. Zarate has suffered and continues to suffer from damages including medical expenses, loss of earning capacity, physical pain, physical impairment, mental anguish, and disfigurement. As a result of her injuries, Mrs. Zarate has suffered and suffers from embarrassment, humiliation, and loss of enjoyment of life. Mrs. Zarate suffered and seeks compensation for damages, including the following in the past and future:

    a. Medical expenses incurred in the past, and that, in reasonable probability, will be incurred by Mrs. Zarate in the future;

       (1) At this time, Mrs. Zarate's past medical expenses total at least $5,191.89.

       (2) Mrs. Zarate will likely require future medical expenses, including for treatment with specialist medical providers, including a plastic surgeon;

    b. Loss of earning capacity in the past, and that, in reasonable probability, will be incurred by Mrs. Zarate in the future;

    c. Physical pain and suffering in the past, and that, in reasonable probability, Mrs. Zarate will suffer in the future;

d. Mental anguish in the past, and that, in reasonable probability, Mrs. Zarate will suffer in the future;

e. Physical impairment in the past, and that, in reasonable probability, Mrs. Zarate will suffer in the future; and

f. Disfigurement in the past, and that, in reasonable probability, Mrs. Zarate will suffer in the future.

119. As a producing result of Defendant's strict liability, and as a proximate result of Defendant's acts and omissions constituting negligence, breach of express warranty, breach of implied warranty of merchantability, and breach of implied warranty of fitness for a particular purpose, Mr. Lainez, Mrs. Zarate's husband, suffered damages, including loss of services and loss of consortium, that flow from Mrs. Zarate's personal injuries. Mr. Lainez also suffered damages as a bystander. Mr. Lainez was present at or near the scene of the Incident when it occurred and saw and heard the Incident. He suffered shock as a result of a direct emotional impact from perceiving the Incident as it happened or immediately afterward and from seeing Mrs. Zarate's severe burns. Witnessing the Incident and its immediate aftermath has caused Mr. Lainez profound, lasting emotional distress.

## XII.   ALTERNATIVE PLEADINGS

120. To the extent facts and/or causes of action pled in this complaint are in conflict, they are pled in the alternative. FED. R. CIV. P. 8(d)(2).

## XIII.    RESERVATION OF RIGHTS

121.  Plaintiffs' allegations made herein against Defendant is made with the information obtained through investigation undertaken to date.  Discovery has not yet begun.   Plaintiffs reserve their rights under federal law to amend their allegations, with leave of court when required, including, to add, amend, or remove causes of action, to add additional parties, and/or dismiss parties from this case, and/or to make any other amendments as may be necessitated by facts revealed in further investigation and/or discovery.

## XIV.    DEMAND FOR A TRIAL BY JURY

122.  Plaintiffs assert their rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with FED. R. CIV. P. 38, a trial by jury on all issues raised herein.

## XV.    PRAYER

123. For the foregoing reasons, Plaintiffs request that this Court issue citation to Defendant to answer and upon a trial by jury of this matter, enter judgement against the above-named Defendant for compensatory and exemplary damages in an amount far in excess of $75,000.00.  Specifically, Plaintiffs ask for judgment against Defendant for the following:

> a. *As to Plaintiff Mrs. Zarate*: Actual damages above the jurisdictional minimum of the Court, including but not limited to the following:
>
> (1) medical expenses in the past and future;

(2) loss of earning capacity in the past and future;

(3) physical impairment in the past and future;

(4) physical pain in the past and future;

(5) mental anguish in the past and future;

(6) disfigurement in the past and future;

b. ***As to Plaintiff Mr. Lainez***: Actual damages above the jurisdictional minimum of the Court, including but not limited to the following:

(1) loss of services in the past and future;

(2) loss of consortium in the past and future;

(3) mental anguish and severe emotional distress (in the past and future) from experiencing the Incident and its immediate aftermath as a bystander;

c. Exemplary damages;

d. Prejudgment and post-judgment interest at the maximum rate allowed by law;

e. Costs of suit;

f. Such other and further relief to which Plaintiffs may be justly entitled at law or in equity.

Respectfully submitted,

THE DE LA GARZA LAW GROUP


By: */s/ Mario E. de la Garza*
    Mario E. de la Garza
    State Bar No. 24040785
    *N.D. Tex. - Admission Pending*
    *(completed application submitted)*
    mdelagarza@dlgtriallaw.com
    1616 S. Voss, Suite 870
    Houston, Texas 77057
    (713) 784-1010
    (713) 784-1011 (fax)

*Attorney-in-Charge for Plaintiff*


THE TRACY LAW FIRM

By: */s/ Todd Tracy*
    Todd Tracy
    State Bar No. 20178650
    ttracy@vehiclesafetyfirm.com
    4701 Bengal St.
    Dallas, Texas 75235
    (214) 324-9000
    (972) 387 2205

*Local Counsel for Plaintiffs pursuant to Local Rule 83.10*

# Exhibit A



MARIO DE LA GARZA
MDELAGARZA@DLGTRIALLAW.COM

December 16, 2025

*Via CM/RRR 9589 0710 5270 1979 5961 88*
*Regular Mail, and Email to* mgibbs@shb.com

Michella R. Gibbs
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002

| Re: | Our Client | : | Bianca Zarate |
|---|---|---|---|
| | Date of Incident: | : | April 26, 2024 |
| | Product | : | SharkNinja Ninja Foodi OP301 Pressure Cooker |
| | Your Clients: | : | SharkNinja Operating LLC and SharkNinja Management LLC |

## PRE-SUIT NOTICE OF BREACH OF WARRANTY CLAIMS

Dear Ms. Gibbs:

As you know, The de la Garza Law Group ("Our Firm") represents Bianca Zarate (the "Client" or "Mrs. Zarate") regarding her claims arising from personal injuries she suffered during an incident that occurred on April 26, 2024 at her home in Dallas, Texas while using a SharkNinja Ninja Foodi OP301 Pressure Cooker, Steamer & Air Fryer w/TenderCrisp (the "Pressure Cooker").

*Notice of Breach of Warranty Claims on Behalf of Bianca Zarate to*
Michella R. Gibbs/Sʜᴏᴏᴋ, Hᴀʀᴅʏ & Bᴀᴄᴏɴ L.L.P.
December 16, 2025

On that day, while Mrs. Zarate was using the Pressure Cooker as warranted to cook food, the Pressure Cooker's lid violently burst open, splattering scalding hot food and liquid onto Mrs. Zarate, in turn causing her severe burns on her arms and chest (the "Incident").



On behalf of Mrs. Zarate, I hereby provide SharkNinja Operating, LLC, SharkNinja Mangement, LLC and any and all affiliated companies involved in warranting the Pressure Cooker (collectively, "SharkNinja") with pre-suit notice, pursuant to Texas Business & Commerce Code § 2.607, of Mrs. Zarate's claims against SharkNinja for breaches of warranties.



Mrs. Zarate's claims against SharkNinja will include breach of express warranty (Tᴇx. Bᴜs. & Cᴏᴍ. Cᴏᴅᴇ §§ 2.313, 2.607); breach of implied warranty of merchantability (Tᴇx. Bᴜs. & Cᴏᴍ. Cᴏᴅᴇ §§ 2.314, 2.607); and breach of implied warranty of fitness for a particular purpose (Tᴇx. Bᴜs. & Cᴏᴍ. Cᴏᴅᴇ §§ 2.315, 2.607); claims for breaches of these same express and implied warranties under the Texas Deceptive Trade Practices Act (DTPA), pursuant to Texas Business & Commerce Code § 17.50(a)(2); and claims for strict products liability, negligence, and gross negligence.

As a result of SharkNinja's breaches of express warranty, implied warranty of merchantability, and implied warranty of fitness for a particular purpose, Mrs. Zarate used the Pressure Cooker as warranted, and the Pressure Cooker exploded, causing her to suffer severe burns and resulting in substantial damages, including medical expenses, loss of earning capacity, physical pain, physical impairment, mental anguish, and disfigurement. Mrs. Zarate's injuries and damages also resulted from SharkNinja's defective design, manufacture, and marketing of the Pressure Cooker, which give rise to Mrs. Zarate's claims of strict liability and negligence. Nothing contained herein is intended to constitute a waiver of any of Mrs. Zarate's rights, claims, remedies, or causes of action, all of which are expressly reserved.

Sincerely,

Mario de la Garza
MD/fk



MARIO DE LA GARZA
MDELAGARZA@DLGTRIALLAW.COM

December 29, 2025

*Via CM/RRR 9589 0710 5270 1979 5961 95, Regular Mail, and Email to mgibbs@shb.com and legalquestions@sharkninja.com*

| | |
|---|---|
| Michella R. Gibbs<br>SHOOK, HARDY & BACON L.L.P.<br>JPMorgan Chase Tower<br>600 Travis St., Suite 3400<br>Houston, Texas 77002 | SHARKNINJA OPERATING, LLC<br>Attn: Legal Department/Risk Management<br>89 A St. #100<br>Needham, MA 02494 |

Re:   Our Clients         :   Bianca Zarate and Dionisio Lainez
         Date of Incident:   :   April 26, 2024
         Product              :   SharkNinja Ninja Foodi OP301 Pressure Cooker
         Your Clients:       :   SharkNinja Operating LLC and SharkNinja
                                        Management LLC

**SUPPLEMENTAL PRE-SUIT NOTICE OF BREACH OF WARRANTY CLAIMS**

Dear Ms. Gibbs and SharkNinja Operating, LLC:

As you know, The de la Garza Law Group ("Our Firm") represents Bianca Zarate ("Mrs. Zarate") regarding her claims arising from personal injuries Mrs. Zarate suffered during an incident that occurred on April 26, 2024 at their home in Dallas, Texas, while using a SharkNinja Ninja Foodi OP301 Pressure Cooker, Steamer & Air Fryer w/TenderCrisp (the "Pressure Cooker"). As you also know, we previously sent you a Pre-Suit Notice of Breach of Warranty Claims on behalf of Mrs. Zarate, by letter dated December 16, 2025.

We now provide you with this Supplemental Pre-Suit Notice of Breach of Warranty Claims that also include the claims of our client, Dionisio Lainez ("Mr. Lainez"), Mrs. Zarate's husband. Mr. Lainez suffered damages as a result of the Incident, including loss of consortium and loss of services, as well as damages as a bystander. Mr. Lainez was present at the place and time of the Incident and witnessed the Incident and its immediate

aftermath. As a result, he suffered damages including mental anguish and severe emotional distress.

As you know, on that day, while Mrs. Zarate was using the Pressure Cooker as warranted to cook food, the Pressure Cooker's lid violently burst open, splattering scalding hot food and liquid onto Mrs. Zarate, in turn causing her severe burns on her arms and chest (the "Incident").

 
 

As a result of Mrs. Zarate's severe personal injuries, including her severe burns, all caused by the Incident, Mr. Lainez suffered loss of services, loss of consortium, and bystander damages in the form of mental anguish and extreme emotional distress from witnessing the Incident and its immediate aftermath.

On behalf of both Mrs. Zarate and Mr. Lainez (collectively, the "Clients"), I hereby provide SharkNinja Operating, LLC, SharkNinja Management, LLC and any and all affiliated companies involved in warranting the Pressure Cooker (collectively, "SharkNinja") with pre-suit notice, pursuant to Texas Business & Commerce Code § 2.607, of the Clients' claims against SharkNinja for breaches of warranties.

The Clients' claims against SharkNinja will include breach of express warranty (TEX. BUS. & COM. CODE §§ 2.313, 2.607); breach of implied warranty of merchantability (TEX. BUS. & COM. CODE §§ 2.314, 2.607); and breach of implied warranty of fitness for a particular purpose (TEX. BUS. & COM. CODE §§ 2.315, 2.607); claims for breaches of these same express and implied warranties under the Texas Deceptive Trade Practices Act (DTPA), pursuant to Texas Business & Commerce Code § 17.50(a)(2); and claims for strict products liability, negligence, and gross negligence.

As a result of SharkNinja's breaches of express warranty, implied warranty of merchantability, and implied warranty of fitness for a particular purpose, Mrs. Zarate used the Pressure Cooker as warranted, and the Pressure Cooker exploded, causing her to suffer severe burns and resulting in substantial damages, including medical expenses, loss of earning capacity, physical pain, physical impairment, mental anguish, and disfigurement.

Additionally, as a result of SharkNinja's breaches of express warranty, implied warranty of merchantability, and implied warranty of fitness for a particular purpose, all of

*Supplemental Notice of Breach of Warranty Claims on behalf of Bianca Zarate and Dionisio Lainez to*
Michella R. Gibbs/SHOOK, HARDY & BACON L.L.P.
December 29, 2025

which were proximate causes of the Incident, Mr. Lainez suffered damages including loss of services, loss of consortium, and bystander damages in the form of mental anguish and extreme emotional distress from witnessing the Incident and its immediate aftermath.

The Clients' injuries and damages also resulted from SharkNinja's defective design, manufacture, and marketing of the Pressure Cooker, which give rise to the Clients' claims of strict liability and negligence.

Nothing contained herein is intended to constitute a waiver of any of the Clients' rights, claims, remedies, or causes of action, all of which are expressly reserved.

Sincerely,

Mario de la Garza
MD/fk

# Exhibit B

# NINJA

**OWNER'S GUIDE**

# FOODI®
# TENDERCRISP™
# PRESSURE COOKER



ninjakitchen.com

# THANK YOU
**for purchasing the Ninja® Foodi® TenderCrisp™ Pressure Cooker**



## REGISTER YOUR PURCHASE

registeryourninja.com

Scan QR code using mobile device

## RECORD THIS INFORMATION

Model Number: _____

Serial Number: _____

Date of Purchase: _____
(Keep receipt)

Store of Purchase: _____

## TECHNICAL SPECIFICATIONS

Voltage:   120V~, 60Hz

Watts:      1460W

**TIP:** You can find the model and serial numbers on the QR code label on the back of the unit by the power cord.

# CONTENTS

**Important Safeguards.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

**Parts & Accessories** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

**Using the Control Panel** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**
Function Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Operating Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Before First Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
Installing the Condensation Collector . . . . . . . . . . . . . . . . . . . . . 9
Removing & Reinstalling the Anti-Clog Cap. . . . . . . . . . . . . . . . 9

**Using Your Foodi® TenderCrisp™ Pressure Cooker** . . . . . . . . **10**
Swap the Top. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Using the Crisping Lid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Using the Cooking Functions with the Crisping Lid. . . . . . . . . 10
        Air Crisp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
        Bake/Roast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        Broil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
        Dehydrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Familiarizing Yourself With Pressure Cooking . . . . . . . . . . . . . 14
Natural Pressure Release vs. Quick Pressure Release. . . . . . . .15
Pressurizing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
Installing & Removing the Pressure Lid . . . . . . . . . . . . . . . . . . .15
Using the Cooking Functions with the Pressure Lid. . . . . . . . .16
Pressure Cook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
        Steam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
        Slow Cook. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
        Yogurt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
        Sear/Sauté. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
**Additional Accessories for Purchase** . . . . . . . . . . . . . . . . . . . . .**20**

**Cleaning & Maintenance.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21**
Cleaning: Dishwasher & Hand-Washing. . . . . . . . . . . . . . . . . . .21
Removing & Reinstalling the Silicone Ring . . . . . . . . . . . . . . . .21

**Troubleshooting Guide.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **22**

**Helpful Tips.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

**Replacement Parts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

**Warranty** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25**

# IMPORTANT SAFEGUARDS

**HOUSEHOLD USE ONLY • READ ALL INSTRUCTIONS BEFORE USE**

## ⚠ WARNING

1 This appliance can be used by persons with reduced physical, sensory or mental capabilities or lack of experience and knowledge if they have been given supervision or instruction concerning use of the appliance in a safe way and understand the hazards involve

2 Keep the appliance and its cord out of reach of children. **DO NOT** allow the appliance to be used by children. Close supervision is necessary when used near children.

3 To eliminate a choking hazard for young children, discard all packaging materials immediately upon unpacking.

4 **DO NOT** place appliance on a stovetop or hot surfaces or near gas or electric burner or in a heated oven.

5 **DO NOT** use the appliance without the removable cooking pot installed.

6 When removable cooking pot is empty, **DO NOT** heat it for more than 10 minutes, as doing so may damage the cooking surface.

7 Children shall not play with the appliance.

8 **NEVER** use electrical outlet below counter.

9 **NEVER** connect this appliance to an external timer switch or separate remote-control system.

10 **DO NOT** use an extension cord. A short power-supply cord is used to reduce the risk of children grabbing the cord or becoming entangled and to reduce the risk of people tripping over a longer cord.

11 To protect against electrical shock **DO NOT** immerse cord, plugs, or main unit housing in water or other liquid. Cook only in the pot provided or in a container recommended by SharkNinja placed in the provided pot.

12 Regularly inspect the appliance and power cord. **DO NOT** use the appliance if there is damage to the power cord or plug. If the appliance malfunctions or has been damaged in any way, immediately stop use and call Customer Service.

13 **ALWAYS** ensure the appliance is properly assembled before use.

14 Before use, **ALWAYS** check pressure release valve and float valve for clogging or obstruction and clean them if necessary. Check to make sure the float valve on the pressure lid moves freely. Foods such as apple sauce, cranberries, pearl barley, oatmeal or other cereals, split peas, noodles, macaroni, rhubarb, or spaghetti can foam, froth, and splutter when pressure cooked, clogging the pressure release valve. These and similar expanding foods (such as dried vegetables, beans, grains, and rice) should not be cooked in a pressure cooker, except when following a Ninja Foodi recipe.

15 **DO NOT** cover the air intake vent, air exhaust vent or electrical outlet while crisping lid is closed. Doing so will prevent even cooking and may damage the unit or cause it to overheat.

16 To prevent risk of explosion and injury, use only SharkNinja silicone rings. Make certain silicone ring is installed and lid is properly closed before operating. **DO NOT** use if torn or damaged. Replace silicone ring before using.

17 Before placing removable cooking pot into the cooker base, ensure pot and cooker base are clean and dry by wiping with a soft cloth.

18 This appliance is for household use only. **DO NOT** use this appliance for anything other than its intended use. **DO NOT** use in moving vehicles or boats. **DO NOT** use outdoors. Misuse may cause injury.

19 Intended for worktop use only. Ensure the surface is level, clean and dry. **DO NOT** move the appliance when in use.

20 **DO NOT** use accessory attachments not recommended or sold by SharkNinja. **DO NOT** place accessories in a microwave, toaster oven, convection oven, or conventional oven or on a ceramic cooktop, electric coil, gas burner range, or outdoor grill. The use of accessory attachments not recommended by SharkNinja may cause fire, electric shock, or injuries.

21 When using this appliance, provide adequate space above and on all sides for air circulation.

22 **ALWAYS** follow the maximum and minimum quantities of liquid as stated in instructions and recipes.

23 **NEVER** use SLOW COOK setting without food and liquids in the removable cooking pot.

24 **DO NOT** use this appliance for deep frying.

25 **DO NOT** cover the pressure valves.

26 **DO NOT** sauté or fry with oil while pressure cooking.

27 Prevent food contact with heating elements. **DO NOT** overfill or exceed the MAX fill level of the pot and the Cook & Crisp Basket or Plate. Overfilling may cause personal injury or property damage or affect the safe use of the appliance.

28 When pressure cooking foods that expand (such as dried vegetables, beans, grains, rice, etc.). **DO NOT** fill pot more than halfway, or as otherwise instructed in a Ninja® Foodi® recipe.

29 **DO NOT** use this unit to cook instant rice.

30 Electrical outlet voltages can vary, affecting the performance of your product. To prevent possible illness, use a thermometer to check that your food is cooked to the temperatures recommended.

31 **DO NOT** place the appliance near the edge of a worktop during operation.

32 To avoid possible steam damage, place the unit away from walls and cabinets during use.

33 Should the unit emit black smoke, unplug immediately and wait for smoking to stop before removing the cooking pot and Cook & Crisp™ Basket or Plate.

34 **DO NOT** touch hot surfaces. Appliance surfaces are hot during and after operation. To prevent burns or personal injury, **ALWAYS** use protective hot pads or insulated oven mitts and use available handles and knobs.

35 Extreme caution must be used when the cooker contains hot food or hot liquids and/or if the cooker is under pressure. Improper use, including moving the cooker, may result in personal injury such as serious burns. When using this appliance to pressure cook, ensure the lid is properly assembled and locked into position before use. Food are under extreme pressure during pressure cooking. Failure to follow all instructions regarding proper usage of the product may result in unintended contact with hot foods or liquids that have been pressurized, resulting in serious burns.

## SAVE THESE INSTRUCTIONS

# IMPORTANT SAFEGUARDS

**HOUSEHOLD USE ONLY • READ ALL INSTRUCTIONS BEFORE USE**

36 Caution should be used when searing meats and sautéing. Keep hands and face away from the removable cooking pot, especially when adding new ingredients, as hot oil may splatter.

37 When unit is in operation, hot steam is released through the air exhaust vent. Place unit so vent is not directed toward the power cord, electrical outlets, cabinets or other appliances. Keep your hands and face at a safe distance from vent.

38 **DO NOT** tamper with, disassemble, or otherwise remove the float valve or pressure release assembly.

39 **DO NOT** attempt to open the lid during or after pressure cooking until all internal pressure has been released through the pressure release valve and the unit has cooled slightly. Remove lid promptly to avoid re-pressurization of the inner pot.

40 **DO NOT** use Pressure Lid when Sear/Sauté function is selected.

41 If using SLOW COOK setting, **ALWAYS** keep the pressure lid closed and the pressure release valve in the VENT position. If the lid is closed and the pressure release valve is in the SEAL position, an audible alarm will sound. "VENT" error code will appear on LED display to signal the need to turn the pressure release valve to the VENT position.

42 When using the PRESSURE COOK setting, **ALWAYS** keep the pressure lid locked and the pressure release valve turned anticlockwise to the SEAL position.

43 If the lid will not turn to unlock, this indicates the appliance is still under pressure. **DO NOT** intentionally press down on float valve. Any pressure remaining can be hazardous. Let unit naturally release pressure or turn the Pressure Release Valve slowly to the VENT position to release steam. Take care to avoid contact with the releasing steam to avoid burns or injury. When steam is completely released the float valve will be in the lower position allowing the lid to be removed. If steam does not release when the pressure release valve is moved to vent, unplug the unit from the wall and let the unit naturally release pressure.

44 Spilled food can cause serious burns. Keep appliance and cord away from children. **DO NOT** let cord hang over edge of tables or counters or touch hot surfaces.

45 Serious burns can result from the steam and hot foods inside the inner pot. **ALWAYS** keep hands, face, and other body parts away from the pressure release valve prior to or during pressure release and when removing the pressure lid after cooking.

46 When removing the lid, **DO NOT** lift the lid straight up as this may not release the seal between the lid and pot, increasing the risk of food splashing.

47 **ALWAYS** tilt the lid so that it is between your body and the inner pot so that you can be shielded from steam and hot liquids.

48 The cooking pot, Cook & Crisp™ Basket or Plate, and reversible rack become extremely hot during the cooking process. Avoid hot steam and air while removing the cooking pot and Cook & Crisp™ Basket or Plate from the appliance, and **ALWAYS** place them on a heat resistant surface after removing. **DO NOT** touch accessories during or immediately after cooking.

49 Removable cooking pot can be extremely heavy when full of ingredients. Care should be taken when lifting pot from cooker base.

50 Cleaning and user maintenance shall not be made by children.

51 Let the appliance cool for approximately 30 minutes before handling, cleaning, or storing.

52 To disconnect, turn any control to OFF, then unplug from electrical outlet when not in use and before cleaning. Allow to cool before cleaning, disassembly, putting in or taking off parts and for storage

53 **DO NOT** clean with metal scouring pads. Pieces can break off the pad and touch electrical parts, creating a risk of electric shock.

54 Please refer to the Cleaning & Maintenance section for regular maintenance of the appliance.

| | |
|---|---|
|  | Indicates to read and review instructions to understand operation and use of product. |
|  | Indicates the presence of a hazard that can cause personal injury, death or substantial property damage if the warning included with this symbol is ignored. |
|  | Take care to avoid contact with hot surface. Always use hand protection to avoid burns. |
| | For indoor and household use only. |

# SAVE THESE INSTRUCTIONS

# PARTS & ACCESSORIES

## PARTS

A  Reversible Rack

B  Cook & Crisp™ Basket

C  Detachable Diffuser

D  6.5-Quart Removable Cooking Pot

E  Crisping Lid

F  Heat Shield

G  Control Panel

H  Cooker Base

I  Pressure Lid

J  Pressure Release Valve

K  Red Float Valve

L  Silicone Ring

M  Anti-Clog Cap

N  Air Outlet Vent

O  Condensation Collector

A

B

C

D







Underside of Pressure Lid



## ACCESSORIES (SOLD SEPARATELY)

P  Cook & Crisp™ Layered Insert

Q  Multi-Purpose Pan

R  Roasting Rack Insert

S  Dehydrating Rack

T  Loaf Pan

U  Crisper Pan

P

Q

R

S

T

U



**NOTE:** Control panel may differ per model.

## FUNCTION BUTTONS

**PRESSURE:** Use to cook food quickly while maintaining tenderness.

**STEAM:** Use to gently cook delicate foods at a high temperature.

**SLOW COOK:** Cook your food at a lower temperature for longer periods of time.

**YOGURT:** Pasteurize and ferment milk for creamy homemade yogurt.

**SEAR/SAUTÉ:** To use the unit as a stovetop for browning meats, sautéing veggies, simmering sauces, and more.

**AIR CRISP:** To use the unit as an air fryer to give foods crispiness and crunch with little to no oil.

**BAKE/ROAST:** To use the unit as an oven for tender meats, baked treats, and more.

**BROIL:** Use to caramelize and brown your food.

**DEHYDRATE:** Dehydrate meats, fruits, and vegetables for healthy snacks.

> **NOTE:** The DEHYDRATE function is not included on all models.

## OPERATING BUTTONS

**TEMP arrows:** Use the up and down TEMP arrows to adjust the cook temperature and/or pressure level.

**TIME arrows:** Use the up and down TIME arrows to adjust the cook time.

> **NOTE:** While cooking, to adjust temp or time, use the up and down arrows. The unit will then resume at those settings.

**START/STOP button:** Press the START/STOP button after selecting your temperature (or pressure) and time to start cooking. Pressing this button while the unit is cooking will stop the function.

**KEEP WARM button:** After pressure cooking, steaming, or slow cooking, the unit will automatically switch to Keep Warm mode and start counting up. Keep Warm will stay on for 12 hours, or you may press KEEP WARM to turn it off. Keep Warm mode is not intended to warm food from a cold state but to keep it warm at a food-safe temperature.

**POWER button:** The Power button shuts the unit off and stops all cooking modes.

## STANDBY MODE

After 10 minutes with no interaction with the control panel, the unit will enter standby mode.

1. Remove and discard any packaging material, promotional labels, and tape from the unit.

2. Remove all accessories from the package and read this manual carefully. Please pay particular attention to operational instructions, warnings, and important safeguards to avoid any injury or property damage.

3. Wash the pressure lid, silicone ring, removable cooking pot, Cook & Crisp™ Basket, reversible rack, and condensation collector in hot, soapy water, then rinse and dry thoroughly. **NEVER** clean the cooker base or pressure lid in the dishwasher. Inspect the pressure lid to ensure there is no debris blocking the valves.

4. The silicone ring is reversible and can be inserted in either direction. Insert the silicone ring around the outer edge of the silicone ring rack on the underside of the lid. Ensure it is fully inserted and lies flat under the silicone ring rack.



## INSTALLING THE CONDENSATION COLLECTOR

To install the condensation collector, slide it into the slot on the cooker base. Slide it out to remove it for hand-washing after each use.

> **NOTE:** Prior to each use, make sure the silicone ring is well seated in the silicone ring rack and the anti-clog cap is mounted properly on the pressure release valve.

## REMOVING & REINSTALLING THE ANTI-CLOG CAP

Make sure your anti-clog cap is in the correct position before using the pressure lid. The anti-clog cap protects the inner valve of the pressure lid from clogging and protects users from potential food splatters. It should be cleaned after every use with a cleaning brush. To remove, hold the anti-clog cap between your thumb and bent index finger, then rotate your wrist clockwise. To reinstall, position it in place and press down.







## SWAP THE TOP

The two lids allow you to seamlessly transition between all your favorite cooking methods. Use the pressure lid to tenderize, then use the crisping lid to crisp up your food.

## USING THE CRISPING LID

The crisping lid is affixed to the unit by a hinge and features an easy-open design. The lid can be opened during any convection cooking function so you can check on and access the ingredients. When the lid is opened, cooking will stop, the timer will pause, and the heating element in the lid will turn off. When the lid is closed, cooking will begin again and the timer will resume counting down.

## USING THE COOKING FUNCTIONS WITH THE CRISPING LID

To turn on the unit, plug the power cord into a wall outlet, then press the Power button.

### Air Crisp

1   Press the AIR CRISP button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 300°F and 400°F.



2   Use the up and down TIME arrows to set the cook time in minute increments up to 1 hour.



3   With the pot installed, place either the Cook & Crisp™ Basket or reversible rack in the pot. Basket should have diffuser attached.



OR

> **NOTE:** It is recommended to let the unit preheat for 5 minutes before adding ingredients. If preheating, before step 4, close the lid, and press the START/STOP button to begin.

4   Add ingredients to the Cook & Crisp™ Basket or reversible rack. Close the lid and press the START/STOP button to begin cooking.



5   During cooking, you can open the lid and lift out the basket to shake or toss ingredients for even browning, if needed. When done, lower basket back into pot and close lid. Cooking will automatically resume after lid is closed.



> **NOTE:** If you press the STOP during Air Crisp Mode, the unit will wait 10 seconds before entering Standby mode.

6   When cook time is complete, the unit will beep.

### Bake/Roast

1   Press the BAKE/ROAST button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 250°F and 400°F.



2   Use the up and down TIME arrows to set the cook time in minute increments up to 4 hours. After 1 hour, you may increase the time in 5-minute increments up to 4 hours.



> **NOTE:** If running for 1 hour or less, the clock will count down by minutes and seconds. If running for more than 1 hour, the clock will count down by minutes only.

> **NOTE:** It is recommended to let the unit preheat for 5 minutes before adding ingredients. If preheating, before step 3, close the lid, and press the START/STOP button to begin.

3   Add ingredients, along with any accessories called for in your recipe, to the pot. Close the lid and press the START/STOP button to begin cooking.

4   When cook time is complete, the unit will beep.

### Broil

**1** Press the BROIL button.



**NOTE:** There is no temperature adjustment available or necessary when using the Broil function.

**2** Use the up and down TIME arrows to set the cook time in minute increments up to 30 minutes.



**3** Place the reversible rack in the pot in the upper broil position or follow directions per recipe.



**4** Place ingredients on the rack, then close the lid.



**5** Press the START/STOP button to begin cooking.



**6** When cook time is complete, the unit will beep.

### Dehydrate

**NOTE:** The DEHYDRATE function is not included on all models.

**1** Press the DEHYDRATE button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 105°F and 195°F.



**2** Use the up and down TIME arrows to set the cook time in 15-minute increments up to 12 hours.



**3** Place the ingredients on the bottom of the Cook & Crisp™ Basket.



**4** If included in your model or purchased separately, add ingredients to the Cook & Crisp Layered Insert* in the Cook & Crisp Basket to create two levels for dehydrating.



**NOTE:** For 5 levels of capacity, use the dehydrating rack** directly in the cooking pot.

**5** Press the START/STOP button to begin dehydrating.



**6** When cook time is complete, the unit will beep.

*If the Cook & Crisp Layered Insert is not included with your unit, it can be purchased on ninjaaccessories.com.

**The dehydrating rack is sold separately on ninjaaccessories.com.

## FAMILIARIZING YOURSELF WITH PRESSURE COOKING

In order to familiarize yourself with the Pressure Cook function and start cooking, it is highly recommended for first-time users to do an initial run.

1 Place the pot in the cooker base and add 3 cups room-temperature water to the pot.



2 Assemble the pressure lid by aligning the arrow on the front of the lid with the arrow on the front of the cooker base. Then turn the lid clockwise until it locks into place.



3 Make sure the pressure release valve on the lid is in the SEAL position.



4 Press the PRESSURE button, the unit will default to high (HI) pressure. Set the time to 2 minutes and press the START/STOP button to begin.



5 Your Foodi will begin to build pressure, indicated by the rotating lights. The unit will begin counting down when it is fully pressurized.



6 When the countdown is finished, the Foodi will beep, automatically switch to the Keep Warm mode, and begin counting up.



7 Turn the pressure release valve to the VENT position to quick release the pressurized steam. A quick burst of steam will spurt out of the pressure release valve. When steam is completely released, the unit will be ready to open.



## NATURAL PRESSURE RELEASE VS. QUICK PRESSURE RELEASE

**Natural Pressure Release:** When pressure cooking is complete, steam will naturally release from the unit as it cools down. This can take up to 20 minutes or more, depending on the amount of liquid and food in the pot. During this time, the unit will switch to Keep Warm mode. Press the KEEP WARM button if you would like to turn Keep Warm mode off. When natural pressure release is complete, the red float valve will drop down.

**Quick Pressure Release:** Use **ONLY** if your recipe calls for it. When pressure cooking is complete and the KEEP WARM light is on, turn the pressure release valve to the VENT position to instantly release pressure through the valve.

Even after releasing pressure naturally or using the pressure release valve, some steam will remain in the unit and will escape when the lid is opened. Lift and tilt it away from you, making sure no condensation drips into the cooker base.



> **NOTE:** At any time during the natural release process, you can switch to quick release by turning the pressure release valve to the VENT position.

## PRESSURIZING

As pressure builds in the unit, the control panel will display rotating lights. Pressurizing time varies, depending on the amount of ingredients and liquid in the pot. As the unit pressurizes, the lid will lock as a safety measure, and it will not unlock until pressure is released. Once the unit has reached full pressure, the lid pressure icon light will glow steadily. The pressure cooking cycle will begin and the timer will start counting down.



## INSTALLING & REMOVING THE PRESSURE LID

Place the pressure lid on top of the unit with the ▼ on the lid and the ▲ on the base lined up evenly. Turn the lid clockwise until it locks in place.

To unlock the pressure lid, turn it counterclockwise. Lift the lid at an angle to prevent splatter. Do not lift the lid straight up.

> **NOTE:** The pressure lid will not unlock until the unit is completely depressurized.





## USING THE COOKING FUNCTIONS WITH THE PRESSURE LID

To turn on the unit, plug the power cord into a wall outlet, then press the Power button.

### Pressure Cook

**1** Place ingredients and at least ½ cup of liquid in the pot, including an accessory if your recipe calls for it. **DO NOT** exceed the line marked PRESSURE MAX when pressure cooking.



> **NOTE:** When cooking rice, beans, or other ingredients that expand, **DO NOT** fill the pot more than halfway.

**2** Follow the instructions on page 15 to install the pressure lid. Turn the pressure release valve to the SEAL position.



**3** Press the PRESSURE button. The default pressure level will display. Use the up and down TEMP arrows to select either HIGH or LOW.



> **NOTE:** If running for 1 hour or less, the clock will count down by minutes and seconds. If running for more than 1 hour, the clock will count down by minutes only.

**4** Use the up and down TIME arrows to set the cook time in 1-minute increments up to 1 hour, and in 5-minute increments from 1 hour to 4 hours.



**5** Press the START/STOP button. The display will show rotating lights during this time. When the unit reaches the proper temperature, the time you set will begin counting down.



**6** When cook time is complete, the unit will beep, automatically switch to Keep Warm mode, and start counting up from 00:00.



> **NOTE:** After Pressure Cooking is complete, you may press the KEEP WARM button to turn the Keep Warm mode off.

**7** Let the unit naturally release pressure or, if the recipe instructs, turn the pressure release valve to the VENT position, quickly releasing steam through the valve.



### Steam

**1** Add at least 1 cup of liquid (or the amount stated in your recipe) to the pot. Add the Cook & Crisp basket or Reversible Rack to the pot, followed by ingredients.



**2** Follow the instructions on page 15 to install the pressure lid. Turn the pressure release valve to the VENT position.



**3** Press the STEAM button. Use the up and down TIME arrows to set the cook time in minute increments up to 30 minutes.



> **NOTE:** There is no temperature adjustment available or necessary when using the Steam function.

**4** Press the START/STOP button.

**5** The unit will automatically preheat to bring the steaming liquid to a boil. The display will show rotating lights during this time. When the unit reaches the proper temperature, the time you set will begin counting down.



**6** When cook time is complete, the unit will beep and automatically switch to Keep Warm mode. If the red float valve pops up, wait for it to drop and then you can open the lid.



> **NOTE:** After Steam cooking is complete, you may press the KEEP WARM button to turn the Keep Warm mode off.

### Slow Cook

1 Add ingredients to the pot. **DO NOT** exceed the line marked MAX when slow cooking.

2 Follow the instructions on page 15 to install pressure lid. Turn the pressure release valve to the VENT position.



3 Press the SLOW COOK button. The default temperature setting will display. Use the up and down TEMP arrows to select either Slow Cook HIGH or LOW.



4 Use the up and down TIME arrows to set the cook time in 15-minute increments up to 12 hours.



5 Press the START/STOP button to begin cooking.

> **NOTE:** The Slow Cook HIGH time setting may be adjusted anywhere between 4 and 12 hours; the Slow Cook LOW time setting may be adjusted anywhere between 6 and 12 hours.

6 When cook time is complete, the unit will beep and automatically switch to Keep Warm mode.

### Yogurt

1 Add desired amount of milk to the pot.

> **NOTE:** If you prefer to pasteurize, cool, and add cultures without using the unit, skip steps 1–9. Instead, press the TEMP up arrow to select FMNT, then press the TIME arrows to select desired incubation time. Press START/STOP to begin, then follow steps 10 and 11.

2 Install the pressure lid and turn the pressure release valve to the VENT position.



3 Press SLOW COOK/YOGURT twice until YGRT appears on the screen. Press the TEMP arrows up or down to select YGRT or FMNT.



4 Press the TIME arrows to adjust the incubation time in 30-minute increments between 8 and 12 hours.



> **NOTE:** Selecting a longer time will lead to tangier yogurt with a thicker consistency. Use 12 hours to achieve Greek-style yogurt.

5 Press START/STOP to begin pasteurization.

6 Unit will display BOIL while pasteurizing. When pasteurization temperature is reached, the unit will beep and display COOL.



7 Once the milk has cooled, the unit will display ADD and STIR in succession.



8 Remove the pressure lid and skim the top of the milk.

9 Add yogurt cultures to milk and stir to combine. Install the pressure lid (valve may be in VENT or SEAL position) and press START/STOP to begin incubation process.



10 The display will begin counting down. When incubation time is complete, the unit will beep and display DONE.

11 Chill yogurt up to 12 hours before serving.

### Sear/Sauté

1 Add ingredients to the pot.



2 Press the SEAR/SAUTÉ button. The default temperature setting will display. Use the up and down TEMP arrows to select one of the setting options (low, medium-low, medium, medium-high, or high).



> **NOTE:** There is no time adjustment available or necessary when using the Sear/Sauté function.

3 Press the START/STOP button to begin cooking.

4 To turn off the Sear/Sauté function, press the START/STOP button. To switch to a different cooking function, press the corresponding function button.

> **NOTE:** You can use this function with either the crisping lid in the open position or the pressure lid with the pressure release valve in the VENT position.

> **NOTE: ALWAYS** use nonstick utensils in the cooking pot. **DO NOT** use metal utensils, as they will scratch the nonstick coating on the pot.

We offer a suite of accessories custom made for your Ninja® Foodi® TenderCrisp™ Pressure Cooker. Visit **ninjaaccessories.com** to expand your capabilities and take your cooking to the next level.

## Multi-Purpose Pan



- With this pan, you can create bubbly casseroles, dips, and sweet and savory pies, or bake a fluffy, moist cake with a golden top for dessert.
- Dimensions: 8.75" D x 2.5" H

## Roasting Rack Insert



- Use this rack in the Cook & Crisp™ Basket to crisp up shells on Taco Tuesday, roast a rack of ribs on BBQ Sunday, or evenly toast garlic bread on pasta night.

## Cook & Crisp™ Layered Insert



- Increases the capacity of the Cook & Crisp Basket so you can create layered meals and do basic dehydrating.
- Keep multiple foods separated while you cook them. Reheat slices of pizza, and cook frozen French fries, chicken nuggets, hamburgers, and more.

## Dehydrating Rack



- 5 stackable layers enable you to dehydrate fruits and meats or make crispy kale and vegetable chips.

## Crisper Pan



- Perforated with holes for improved airflow, this pan is great for crisping and reheating pizzas, quesadillas, and vegetables.
- Dimensions: 9" D x 0.75" H

## Loaf Pan



- Our specially designed pan is the perfectly sized baking accessory for bread mixes like banana and zucchini.
- Dimensions: 8.25" x 4.25" x 3.5"

## Extra Pack of Silicone Rings



- 2-pack silicone ring set helps keep flavors separate—use one when cooking savory foods and the other when cooking sweet foods.



### Cleaning: Dishwasher & Hand-Washing

The unit should be cleaned thoroughly after every use.

1  Unplug the unit from the wall outlet before cleaning.

2  **NEVER** put the cooker base in the dishwasher, or immerse it in water or any other liquid.

3  To clean the cooker base and the control panel, wipe them clean with a damp cloth.

4  The cooking pot, pressure lid, silicone ring, and Cook & Crisp™ Plate can be washed in the dishwasher.

> **NOTE: DO NOT** take apart the pressure release valve or red float valve assembly.

5  To clean the crisping lid, wipe it down with a wet cloth or paper towel after the heat shield cools.

6  If food residue is stuck on the cooking pot, reversible rack, or Cook & Crisp Basket, fill the pot with water and allow to soak before cleaning. **DO NOT** use scouring pads. If scrubbing is necessary, use a non-abrasive cleanser or liquid dish soap with a nylon pad or brush.

7  Air-dry all parts after each use.



Silicone Ring

Silicone Ring Rack

### Removing & Reinstalling the Silicone Ring

To remove the silicone ring, pull it outward, section by section, from the silicone ring rack. The ring can be installed with either side facing up. To reinstall, press it down into the rack section by section.

After use, remove any food debris from the silicone ring and anti-clog cap.

**Keep the silicone ring clean to avoid odor.** Washing it in warm, soapy water or in the dishwasher can remove odor. However, it is normal for it to absorb the smell of certain acidic foods. It is recommended to have more than one silicone ring on hand. You can purchase additional silicone rings on **ninjaaccessories.com**.

**NEVER** pull out the silicone ring with excessive force, as that may deform it and the rack and affect the pressure-sealing function. A silicone ring with cracks, cuts, or other damage should be replaced immediately.

# TROUBLESHOOTING GUIDE

**Why is my unit taking so long to come to pressure? How long does it take to come to pressure?**

- Cooking times may vary based on the selected temperature, current temperature of the cooking pot, and temperature or quantity of the ingredients.
- Check to make sure your silicone ring is fully seated and flush against the lid. If installed correctly, you should be able to tug lightly on the ring to rotate it.
- Check that the pressure lid is fully locked, and the pressure release valve is in the SEAL position when pressure cooking.

**Why is the time counting down so slowly?**

- You may have set hours rather than minutes. When setting time, the display will show HH:MM and the time will increase/decrease in minute increments.

**How can I tell when the unit is pressurizing?**

- The rotating lights will display on the screen to indicate the unit is building pressure.

**Lights are rotating on the display screen when using the Pressure or Steam function.**

- This indicates the unit is building pressure or preheating when using STEAM or PRESSURE. When the unit has finished building pressure, your set cook time will begin counting down.

**There is a lot of steam coming from my unit when using the Steam function.**

- It's normal for steam to release through the pressure release valve during cooking. Leave the pressure release valve in the VENT position for Steam, Slow Cook, and Sear/Sauté.

**Why can't I take the pressure lid off?**

- As a safety feature, the pressure lid will not unlock until the unit is completely depressurized. To release pressure, turn the pressure release valve to the VENT position to quick release the pressurized steam. A quick burst of steam will spurt out of the pressure release valve. When the steam is completely released, the unit will be ready to open. To unlock the pressure lid, turn it counterclockwise. Lift the lid at an angle to prevent splatter. Do not lift the lid straight up.

**Is the pressure release valve supposed to be loose?**

- Yes. The pressure release valve's loose fit is intentional; it enables a quick and easy transition between SEAL and VENT and helps regulate pressure by releasing small amounts of steam during cooking to ensure great results. Please make sure it is turned as far as possible toward the SEAL position when pressure cooking and as far as possible toward the VENT position when quick releasing.

**The unit is hissing and not reaching pressure.**

- Make sure the pressure release valve is turned to the SEAL position. If you've done this and still hear a loud hissing noise, it may indicate your silicone seal is not fully in place. Press START/STOP to stop cooking, VENT as necessary, and remove the pressure lid. Press down on the silicone ring, ensuring it is fully inserted and lies flat under the ring rack. Once fully installed, you should be able to tug lightly on the ring to rotate it.

**The unit is counting up rather than down.**

- The cooking cycle is complete and the unit is in Keep Warm mode.

**How long does the unit take to depressurize?**

- The time it takes to release pressure depends on the quantity of food in the unit and can vary from recipe to recipe. Always ensure the float valve has dropped before trying to remove the lid. If the unit is taking longer than normal to depressurize, unplug the unit and wait until the float valve drops before removing the lid.

**"POT" error message appears on display screen.**

- Cooking pot is not inside the cooker base. Cooking pot is required for all functions.

**"LID" error message appears on display screen and lid icon flashes.**

- The incorrect lid is installed for your desired cooking function. Place the pressure lid on the unit if you want to use the Pressure, Slow Cook, Steam, Sear/Sauté, or Keep Warm functions and ensure it is in the closed position.

**"SHUT" error message appears on display screen.**

- The crisping lid is open and needs to be closed for the selected function to start.

**"VENT" error message appears on display screen.**

- When set to Slow Cook or Sear/Sauté, and the unit senses pressure building up, this message indicates the pressure release valve is in the SEAL position.
- Turn the pressure release valve to the VENT position and leave it there for the remainder of the cooking function.
- If you do not turn the pressure release valve to the VENT position within 5 minutes, the program will cancel and the unit will shut off.

**"WATR" error message appears on display screen when using the Steam function.**

- The water level is too low. Add more water to the unit for the function to continue.

**"WATR" error message appears on display screen when using the Pressure function.**

- Add more liquid to the cooking pot before restarting the pressure cook cycle.
- Make sure the pressure release valve is in the SEAL position.
- Make sure the silicone ring is installed correctly.

**"ERR1," "ERR2," "ERR3," "ERR4," "ERR5," "ERR8."**

- The unit is not functioning properly. Please contact Customer Service at 1-877-646-5288.

# HELPFUL TIPS

- For consistent browning, make sure ingredients are arranged in an even layer in the Cook & Crisp™ Plate or cooking pot with no overlapping. If ingredients are overlapping, make sure to shake them halfway through the set cook time.

- For smaller ingredients that could fall through the broil rack, we recommend first placing them on parchment paper or foil.

- When switching from pressure cooking to using the crisping lid, we recommend emptying the pot of any remaining liquid for best crisping results.

- Press and hold down the TIME up or down arrow to get to your desired time faster.

- Use the Keep Warm mode to keep food at a warm, food-safe temperature after cooking. To prevent food from drying out, we recommend keeping the pressure lid closed and using this function just before serving. To reheat cold food, use the Air Crisp function.

# REPLACEMENT PARTS

To order additional parts and accessories, visit **ninjaaccessories.com** or contact Customer Service at 1-877-646-5288.

## Shark | NINJA

### ONE (1) YEAR LIMITED WARRANTY    NJA_1_YR_IB_LMTD_WRNTY_US_ENG

The One (1) Year Limited Warranty applies to purchases made from authorized retailers of **SharkNinja Operating LLC.** Warranty coverage applies to the original owner and to the original product only and is not transferable.

SharkNinja warrants that the unit shall be free from defects in material and workmanship for a period of one (1) year from the date of purchase when it is used under normal household conditions and maintained according to the requirements outlined in the Owner's Guide, subject to the following conditions and exclusions:

**What is covered by this warranty?**
1. The original unit and/or non-wearable parts deemed defective, in SharkNinja's sole discretion, will be repaired or replaced up to one (1) year from the original purchase date.
2. In the event a replacement unit is issued, the warranty coverage ends six (6) months following the receipt date of the replacement unit or the remainder of the existing warranty, whichever is later. SharkNinja reserves the right to replace the unit with one of equal or greater value. **California Residents Only:** The One (1) Year Limited Warranty period begins on the original date of delivery or pickup.

**What is not covered by this warranty?**

1. Normal wear and tear of wearable parts (such as blending vessels, lids, cups, blades, blender bases, removable pots, racks, pans, etc.), which require regular maintenance and/or replacement to ensure the proper functioning of your unit, are not covered by this warranty. Replacement parts are available for purchase at **ninjaaccessories.com**.
2. Any unit that has been tampered with or used for commercial purposes.
3. Damage caused by misuse, abuse, negligent handling, failure to perform required maintenance (e.g., failure to keep the well of the motor base clear of food spills and other debris), or damage due to mishandling in transit.
4. Consequential and incidental damages.
5. Defects caused by repair persons not authorized by SharkNinja. These defects include damages caused in the process of shipping, altering, or repairing the SharkNinja product (or any of its parts) when the repair is performed by a repair person not authorized by SharkNinja.
6. Products purchased, used, or operated outside North America.

**How to get service**
If your appliance fails to operate properly while in use under normal household conditions within the warranty period, visit **ninjakitchen.com/support** for product care and maintenance self-help. Our Customer Service Specialists are also available at **1-877-646-5288** to assist with product support and warranty service options, including the possibility of upgrading to our VIP warranty service options for select product categories. So we may better assist you, please register your product online at **registeryourninja.com** and have the product on hand when you call.

SharkNinja will cover the cost for the customer to send in the unit to us for repair or replacement. A fee of $20.95 (subject to change) will be charged when SharkNinja ships the repaired or replacement unit.

**How to initiate a warranty claim**
You must call **1-877-646-5288** to initiate a warranty claim. You will need the receipt as proof of purchase. We also ask that you register your product online at **registeryourninja.com** and have the product on hand when you call, so we may better assist you. A Customer Service Specialist will provide you with return and packing instruction information.

**How state law applies**
This warranty gives you specific legal rights, and you also may have other rights that vary from state to state. Some states do not permit the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

**SharkNinja Operating LLC**
**US: Needham, MA 02494**
**1-877-646-5288**
**ninjakitchen.com**

Illustrations may differ from actual product. We are constantly striving to improve our products, therefore the specifications contained herein are subject to change without notice.

FOODI and NINJA are registered trademarks of SharkNinja Operating LLC.

COOK & CRISP and TENDERCRISP are trademarks of SharkNinja Operating LLC.

For SharkNinja U.S. patent information, visit sharkninja.com/uspatents/

© 2025 SharkNinja Operating LLC.

OP300Series_IB_E_REV_Mv19

 

**@ninjakitchen**

# Exhibit C

Case 3:25-cv-03571-K     Document 1     Filed 12/31/25     Page 67 of 68     PageID 67



An official website of the United States government    Here's how you know ⌄

**United States**
**CONSUMER PRODUCT SAFETY COMMISSION**

# SharkNinja Recalls 1.8 Million Foodi Multi-Function Pressure Cookers Due to Burn Hazard; Serious Burn Injuries Reported





**Name of Product:**

SharkNinja Foodi OP300 Series Multi-Function Pressure Cookers

**Hazard:**

The pressure-cooking lid can be opened during use, causing hot contents to escape, posing a risk of burn injuries to consumers.

**Remedy:**

Repair

**Recall Date:**

May 01, 2025

**Units:**

About 1,846,400 (In addition, about 184,240 were sold in Canada)

Recalled SharkNinja Foodi OP300 Series Multi-Function Pressure Cooker

       

Consumer Contact

SharkNinja toll-free at 888-370-1733 from 9 a.m. to 9 p.m. ET Monday through Friday and 9 a.m. to 6 p.m. ET Saturday, email at sharkninja@rqa-inc.com, or online at https://www.rqa-inc.com/client/SharkNinja/ or www.ninjakitchen.com and click on "Recalls" under "Support" at the top of the page.

## Recall Details

**In Conjunction With:**



**Description:**

This recall involves all Ninja Foodi OP300 Series Multi-Function Pressure Cookers. The cookers have functions that include pressure cooking and air frying. They were sold in black and have a 6.5-quart capacity. "Ninja" is printed on the front of each unit and on the product label. Model numbers OP300, OP301, OP301A, OP302, OP302BRN, OP302HCN, OP302HAQ, OP302HW, OP302HB, OP305, OP305CO and OP350CO are included in this recall and are printed on a label on the side of the cooker. An additional code following the model number is not part of that model designation. For example, a unit labeled "OP301 I07" is a model OP301 unit. Any OP300 series replacement pressure cooker lids purchased as an additional part are also included in this recall.

**Remedy:**

Consumers should immediately stop using the product's pressure-cooking function and contact SharkNinja for a free replacement lid. Consumers can continue to use the product's air frying and other functions.

**Incidents/Injuries:**

SharkNinja has received 106 reports of burn injuries, including more than 50 reports of second- or third-degree burns to the face or body, with 26 lawsuits filed.

**Sold At:**

Walmart, Costco, Sam's Club, Amazon and Target stores nationwide, and online at www.Ninjakitchen.com, www.walmart.com, www.costco.com, www.samsclub.com, www.amazon.com and www.target.com from January 2019 through March 2025 for about $200.

**Importer(s):**

SharkNinja Operating LLC, of Needham, Massachusetts

**Manufactured In:**

China

**Recall number:**

25-247

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.